**Order entered February 10, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01038-CR

**RICHARD RAMON ANGTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F13-55911-H**

## ORDER

The Court **REINSTATES** the appeal.

On January 21, 2015, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On February 9, 2015, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the January 21, 2015 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE